UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MIGUEL ANGEL HERNANDEZ-AVALOS,<br>  a/k/a Miguel Hernandez,<br><br>    Defendant. | No. CR 06-00214 JW<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER CONTINUING CASE AND<br>EXCLUDING TIME UNDER THE<br>SPEEDY TRIAL ACT, 18 U.S.C. § 3161 |

This matter was set on Monday, October 2, 2006 for setting or disposition. Plaintiff United States of America, by and through Assistant United States Attorney Matthew A. Lamberti, and defendant Miguel Hernandez-Avalos, by and through his counsel Bruce C. Funk, hereby AGREE AND STIPULATE that this matter be continued from October 2, 2006 at 1:30 p.m. to October 16, 2006 at 1:30 p.m.

The parties also AGREE AND STIPULATE that the period of time from October 2, 2006 through and including October 16, 2006, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.* because the parties need additional time for effective preparation and investigation, including attempting to resolve this case.

DATED: 9/29/06

KEVIN V. RYAN
United States Attorney

/s/
_____
MATTHEW A. LAMBERTI
Assistant United States Attorney

DATED: 9/29/06

/s/
_____
BRUCE C. FUNK
Counsel for the Defendant

[~~PROPOSED~~] ORDER

Based upon the foregoing, and good cause appearing therefor, the Court finds pursuant to Title 18, United States Code, Sections 3161(h)(1)(F) and 3161(h)(8)(A), considering the factors set forth in Section 3161(h)(8)(B), that the interests of justice in granting this continuance outweigh the defendant's and the public's interests in a speedy trial inasmuch as the parties need additional time for effective preparation and investigation, including attempting to resolve this case.

IT IS HEREBY ORDERED THAT this matter be continued from October 2, 2006 at 1:30 p.m. to October 16, 2006 at 1:30 p.m.

IT IS FURTHER ORDERED that the period of time from October 2, 2006 through and including October 16, 2006 be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*

IT IS SO ORDERED.

DATED:   10/04/06

HON. JAMES WARE
United States District Judge

1  Copies to be served on:

2  MATTHEW A. LAMBERTI
   Assistant United States Attorney
3  150 Almaden Boulevard, Suite 900
   San Jose, California 95113

4  BRUCE C. FUNK
   46 West Santa Clara Street
5  San Jose, California  95113

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28